1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON AND MARY FELLER, and GEORGE AND MARGARET ZACHARIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY,<br>Defendant. | Case No. 16-cv-01378 CAS (AJWx)<br><br>CLASS ACTION<br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR EXPEDITED DISCOVERY<br><br><br>Courtroom: 5 – 2nd Floor<br>Judge:      Hon. Christina A. Snyder |

After considering Plaintiffs Gordon and Mary Feller and George and Margaret Zacharia's ("Plaintiffs") *Ex Parte* Application for Expedited Discovery and Memorandum of Points and Authorities in support thereof, the Application is hereby GRANTED and it is ORDERED that Defendant Transamerica Life Insurance Company respond to Plaintiffs' First Set of Requests for Productions of

/ / /
/ / /
/ / /

Documents within 14 days of this Order; provided however, that discovery shall be limited to the period commencing in 2006 (not 1987).

Dated: May 17, 2016

*Christina A. Snyder*

Honorable Christina A. Snyder
United State District Judge

2