| | |
|---|---|
| 1 | **BONNETT, FAIRBOURN,** |
| 2 | **FRIEDMAN & BALINT, P.C.** |
|   | Andrew S. Friedman (*Pro Hac Vice*) |
| 3 | afriedman@bffb.com |
|   | Francis J. Balint, Jr. (*Pro Hac Vice*) |
| 4 | fbalint@bffb.com |
|   | 2325 East Camelback Road, Suite 300 |
| 5 | Phoenix, Arizona 85016 |
|   | Tel: (602) 274-1100 |
| 6 | Fax: (602) 274-1199 |

| | | |
|---|---|---|
| 7 | **CONSUMER WATCHDOG** | **THE MOSKOWITZ LAW FIRM** |
|   | Harvey Rosenfield (SBN: 123082) | Adam M. Moskowitz (*Pro Hac Vice*) |
| 8 | harvey@consumerwatchdog.org | adam@moskowitz-law.com |
|   | Jerry Flanagan (SBN: 271272) | Howard Bushman *(Pro Hac Vice)* |
| 9 | jerry@consumerwatchdog.org | howard@moskowitz-law.com |
| 10 | 6330 San Vicente Blvd., Suite 250 | 2 Alhambra Plaza, Suite 601 |
|   | Los Angeles, CA 90048 | Coral Gables, FL 33134 |
| 11 | Tel: (310) 392-0522 | Tel: (305) 479-5508 |
|   | Fax: (310) 392-8874 | |

*Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GORDON AND MARY FELLER, et al., | Case No. 16-cv-01378 CAS (AJWx) |
|   | CLASS ACTION |
| Plaintiffs, | **NOTICE OF MOTION AND MOTION FOR FINAL CERTIFICATION OF SETTLEMENT CLASS AND FINAL APPROVAL OF PROPOSED NATIONWIDE CLASS SETTLEMENT AGREEMENT** |
| vs. | |
| TRANSAMERICA LIFE INSURANCE COMPANY, | |
| Defendant. | Hearing Date: January 28, 2019 |
|   | Hearing Time: 12:00 p.m. (Noon) |
|   | Courtroom:    8D – 8th Floor |
|   | Judge:    Hon. Christina A. Snyder |

PLEASE TAKE NOTICE that on January 28, 2019 at 12:00 pm (noon), in the courtroom of the Honorable Christina A. Snyder of the United States District Court of the Central District of California, located at 350 W. First Street, Courtroom 8D, 8th Floor, Los Angeles, CA 90012, Settlement Class Counsel will and hereby do move the Court for an order:

1. Finally certifying the Settlement Class pursuant to Fed. R. Civ. P. 23(a), (b)(2) and (b)(3), *Federal Rules of Civil Procedure*;

2. Finding that the Notice Program has been adequate and reasonable, has met the requirements of Rule 23, and has constituted the best notice practicable under the circumstances;

3. Granting final approval of the proposed Settlement pursuant to Fed. R. Civ. P. 23(e); and

4. Directing the entry of Final Judgment, dismissing the Action (including all individual and Class claims presented thereby) on the merits with prejudice.

This Motion is based on (i) this Notice of Motion and Motion; (ii) the Memorandum in Support of Motion for Final Certification of Settlement Class and Final Approval of Proposed Nationwide Class Settlement Agreement; (iii) the Joint Declaration of Co-Lead Class Counsel in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and For an Award of Attorneys' Fees, Expenses, and Service Awards; (iv) the Declaration of Jason M. Stinehart of Rust Consulting Regarding Notification To The Class (Dkt. 449); and (v) the Court's file in this case.

Dated: December 13, 2018.

**BONNETT FAIRBOURN FRIEDMAN & BALINT, P.C.**

/s/ *Andrew S. Friedman*
Andrew S. Friedman (*Pro Hac Vice*)
afriedman@bffb.com
Francis J. Balint, Jr. (*Pro Hac Vice*)
fbalint@bffb.com
2325 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Tel: (602) 274-1100
Fax: (602) 274-1199

**CONSUMER WATCHDOG**
Harvey Rosenfield (SBN 123082)
Jerry Flanagan (SBN 271272)
6330 San Vicente Blvd., Suite 250
Los Angeles, CA 90048
Tel: (310) 392-0522
Fax: (310) 392-8874
Harvey@consumerwatchdog.org
jerry@consumerwatchdog.org

**THE MOSKOWITZ LAW FIRM, PLLC**
Adam M. Moskowitz *(Pro Hac Vice)*
Howard Bushman *(Pro Hac Vice)*
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Tel: (305) 479-5508
adam@moskowitz-law.com
howard@moskowitz-law.com

*Co-Lead Class Counsel*

**KOZYAK TROPIN & THROCKMORTON, LLP**
Gail M. McQuilkin (*Pro Hac Vice*)
2525 Ponce De Leon Blvd., 9th Floor
Miami, Florida 33134
Tel: (305) 372-1800
gam@kttlaw.com

**SHERNOFF BIDART ECHEVERRIA BENTLEY LLP**
William M. Shernoff (SBN 38856)
Travis M. Corby (SBN 268633)
301 N. Cañon Drive, Suite 200
Beverly Hills, CA 90210
Tel: (310) 246-0503
wshernoff@shernoff.com
tcorby@shernoff.com

**BARRACK, RODOS & BACINE**
Stephen R. Basser (SBN 121590)
Mark R. Rosen (SBN 139506)
Samuel M. Ward (SBN 216562)
600 West Broadway, Suite 900
San Diego, CA 92101
Tel: (619) 230-0800
sbasser@barrack.com
sward@barrack.com
mrosen@barrack.com

**EMERSON SCOTT, LLP**
John G. Emerson (*Pro Hac Vice*)
830 Apollo Lane
Houston, TX 77058
Tel: (281) 488-8854
jemerson@emersonfirm.com

**EMERSON SCOTT, LLP**
David G. Scott (*Pro Hac Vice*)
1301 Scott Street
Little Rock, AR 72202
Tel: (501) 907-2555
dscott@emersonfirm.com

|   |   |
|---|---|
| 1 | **JOHNSON VINES PLLC** |
| 2 | Christopher D. Jennings (*Pro Hac Vice*) |
|   | 2226 Cottondale Lane, Suite 210 |
| 3 | Little Rock, AR 72202 |
| 4 | cjennings@johnsonvines.com |
| 5 | **PATTERSON LAW GROUP** |
|   | James R. Patterson (SBN 211102) |
| 6 | Allison H. Goddard (SBN 211098) |
| 7 | Catherine S. Wicker (SBN 306494) |
|   | 402 West Broadway, 29th Floor |
| 8 | San Diego, California 92101 |
| 9 | Tel: (619) 756.6990 |
|   | jim@pattersonlawgroup.com |
| 10 | ali@pattersonlawgroup.com |
| 11 | catherine@pattersonlawgroup.com |
| 12 | **MERLIN LAW GROUP, P.A.** |
| 13 | Chip Merlin, Esq. (CA SBN 275936) |
|   | 777 S. Harbour Island Blvd., Suite 950 |
| 14 | Tampa, Florida |
| 15 | Tel: (813) 229-1000 |
|   | cmerlin@merlinlawgroup.com |
| 16 |   |
| 17 | **MERLIN LAW GROUP, P.A.** |
|   | Denise H. Sze (SBN 238511) |
| 18 | 1800 Century Park East, Suite 600 |
| 19 | Los Angeles, CA 90067 |
|   | Tel: (310) 229-5961 |
| 20 | deniseszelaw@gmail.com |
| 21 |   |
| 22 | **SEARCY DENNEY SCAROLA BARNHART & SHIPLEY PA** |
| 23 | Jack Scarola, Esq. (*Pro Hac Vice*) |
|   | 2139 Palm Beach Lakes Blvd. |
| 24 | West Palm Beach, FL 33409 |
| 25 | Tel: (561) 686-6300 |
|   | jsx@searcylaw.com |
| 26 |   |
| 27 |   |
| 28 |   |

|   |   |
|---|---|
| 1 | **HARKE LAW LLP** |
| 2 | Lance A. Harke, Esq. (*Pro Hac Vice*) |
|   | 9699 NE Second Avenue |
| 3 | Miami Shores, Florida 33138 |
|   | Tel: (305) 536-8220 |
| 4 | Fax: (305) 536-8229 |
| 5 | lharke@harkelaw.com |
| 6 | *Attorneys for Plaintiffs* |