JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GORDON AND MARY FELLER, et al., | Case No. 16-cv-01378 CAS (GJSx) |
|---|---|
| Plaintiffs, | CLASS ACTION |
| vs. | **FINAL JUDGMENT** |
| TRANSAMERICA LIFE INSURANCE COMPANY, | Courtroom: 8D – 8th Floor<br>Judge: The Hon. Christina A. Snyder |
| Defendant. | |

Based upon and subject to the nationwide class settlement approved by the Court in this Action and the "Final Order Approving Plaintiffs' Motion for Final Certification of Settlement Class and Final Approval of Proposed Nationwide Class Settlement Agreement [Dkt. 420] and Motion for Court Approval of Common Fund Payment of Attorneys' Fees and Litigation Expenses, and Service Awards [Dkt. 421]" ("Final Approval Order")[1][Dkt. 444]:

IT IS HEREBY ORDERED AND ADJUDGED that:

(1) The Court has personal jurisdiction over the Parties and the Settlement Class Members (defined below), subject matter jurisdiction over the claims in the above-captioned consolidated actions (the "Consolidated Actions"), and jurisdiction to approve the Settlement and the "Settlement Agreement and Release" [Dkt. 401-1].

(2) The certified Settlement Class subject to and bound by this Final Judgment includes, subject to the exclusions listed below, the following persons:

> All persons or entities who own or owned a Policy encompassed by the MDR Increases during the Class Period.

Excluded from the Settlement Class are (a) the Honorable Christina A. Snyder, United States District Court Judge of the Central District of California (or other Circuit, District, or Magistrate Judge presiding over the Consolidated Actions through which this matter is presented for settlement) and court personnel employed in Judge Snyder's (or such other Judge's) chambers or courtroom; (b) Transamerica and its parents, affiliates, subsidiaries, successors, predecessors, and any entity in which Transamerica has a controlling interest and their current or former officers and directors (except to the extent Transamerica or such other entity is the owner of

---

[1] The capitalized terms used in this Final Judgment, shall have the meanings and/or definitions given to them in the Settlement Agreement and Release [Dkt. 401-1 ("Settlement Agreement")], or if not defined therein, the meanings and/or definitions given to them in the Final Approval Order.

a Policy held for the benefit of an individual who is not otherwise excluded from membership in the Settlement Class); (c) any officer or director of Transamerica reported in its Annual Statements during the Class Period, or entity in which Transamerica had a controlling interest at any relevant time, any member of those persons' immediate families and legal affiliates, heirs, controlling persons, agents, successors and predecessors in interest or assigns of any such excluded person or entity; (d) Policyholders who properly executed and timely filed a Request for Exclusion from the Settlement Class, as identified in the Final Approval Order; and (e) the legal representatives, successors, or assigns of any such excluded Policyholders (but only then in their capacity as legal representative, successor, or assignee).

    (3)    Venue in this district is proper;

    (4)    The Consolidated Actions (including all individual claims and Settlement Class claims presented thereby) are hereby dismissed, with prejudice on the merits, without fees or costs to any party except as provided in Final Approval Order;

    (5)    The Release set forth in Section VIII of the Settlement Agreement is incorporated into this Final Judgment, and is effective as of the date of the Final Approval Order and this Final Judgment, forever discharging the Transamerica Releasees from any claims or liabilities in accordance with the provisions of Section VIII of the Settlement Agreement;

    (6)    All Settlement Class Members are permanently enjoined from filing, prosecuting, maintaining or continuing litigation based on or related to the claims or facts alleged in the Consolidated Actions in accordance with Section XI of the Settlement Agreement.

Dated: February 6, 2019.

*Christina A. Snyder*

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE